Approved.


**U.S. DISTRICT JUDGE**

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

| | | |
|---|---|---|
| **ROBERT BRASWELL** | ) | **CASE NO.: 3:17-CV-02539-JZ** |
| | ) | |
| Plaintiff, | ) | **JUDGE JACK ZOUHARY** |
| | ) | |
| vs. | ) | |
| | ) | |
| **HOMESITE INSURANCE COMPANY** | ) | |
| **OF THE MIDWEST** | ) | |
| | ) | |
| Defendant. | ) | |

## STIPULATION OF DISMISSAL OF ALL CLAIMS WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A) of the Federal Rules Of Civil Procedure, and upon agreement of the parties, the above-captioned matter is hereby dismissed in its entirety, with prejudice to the re-filing of the same. Each party shall bear its own costs, with the exception of the One Thousand Five Hundred and 00/100 Dollars ($1,500.00) in court costs imposed by the Court's June 20, 2019 Dismissal Order (Doc.#71) which shall be borne and paid entirely by Plaintiff.

AGREED:

_____
Justin Rudin, Esq. (#0087368)
RUTTER & RUSSIN, LLC
One Summit Office Park, Ste. 650
4700 Rockside Road
Cleveland, OH 44131
T: 216-642-1425
jrudin@ohioinsurancelawyer.com
*Counsel for Plaintiff*

/s/ Chad E. Willits
_____
Chad E. Willits, Esq. (#0066541)
David R. Hudson, Esq. (#0084988)
Nathan A. Lennon (#0091743)
REMINGER CO., LPA
One SeaGate, Suite 1600
Toledo, OH 43604
T: 513-455-4024; F: 513-721-2553
Email: cwillits@reminger.com
Dhudson@reminger.com
nlennon@reminger.com
*Counsel for Defendant*